UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Tonya Withers

    v.                                          Case No. 23-cv-281-SDE-AKJ

Hon. John J. McConnell, Jr.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 20, 2023 (doc. no. 11). For the reasons explained therein, this case is dismissed based on judicial immunity.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk is directed to enter judgment and close this case.

                                                  /s/ SDElliott
                                                  Samantha D. Elliott
                                                  United States District Judge

Date: August 18, 2023

cc: Tonya Withers, pro se